Certificate Number: 17082-PAM-DE-033102990

Bankruptcy Case Number: 19-02630



17082-PAM-DE-033102990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2019, at 3:22 o'clock PM MST, ALLISON N REINDOLLAR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 13, 2019

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director