IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.: 1:19-bk-02630-HWV |
| **Allison Reindollar** : | Chapter 13 |
| Debtor(s) : | Judge Henry W. Van Eck |
| : | * * * * * * * * * * * * * * * * * * * |
| **U.S. Bank National Association** : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| **Allison Reindollar** : | |
| **Charles J. DeHart III, Trustee** : | |
| Respondents : | |
| : | |

## OBJECTION OF U.S. BANK NATIONAL ASSOCIATION TO CONFIRMATION OF THE PLAN (DOCKET NUMBER 5)

U.S. Bank National Association ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed Chapter 13 Plan ("Plan") filed by Allison Reindollar ("Debtor") as follows:

1. Creditor holds a security interest secured by a lien on Debtor's personal property commonly known as a 2015 Jeep Grand Cherokee with the Vehicle Identification Number 1C4RJFAGXFC863625 ("Property").

2. Creditor has filed Proof of Claim number 4 in the amount of $26,093.86. This amount includes a pre-petition arrearage in the amount of $1,535.99.

3. Debtor's Plan seeks to improperly cramdown Creditor's lien to a secured value of $22,500.00 at an interest rate of 5%.

4. As of the bankruptcy petition filing date, Creditor believes the Property had a value of $24,750.00.

19-027056_JDD1

5. Pursuant to 11 U.S.C. §506, Creditor is entitled to a secured claim based on the replacement value of the property on the date the bankruptcy was filed. Creditor requests an opportunity to conduct a full interior and exterior appraisal.

6. Creditor is also entitled to interest on a cramdown claim of prime plus 1-3% pursuant to the Supreme Court's decision in *Till v. SCS Credit Corp., 124 S. Ct. 1951 (2004)*. Thus, Creditor objects to the currently proposed interest rate and asks that its claim be paid at an interest rate of 8.5%.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-027056_JDD1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 1:19-bk-02630-HWV |
| **Allison Reindollar** | : Chapter 13 |
| **Debtor(s)** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * |
| **U.S. Bank National Association** | : |
| **Movant** | : |
| | : |
| v. | : |
| | : |
| **Allison Reindollar** | : |
| **Charles J. DeHart III, Trustee** | : |
| **Respondents** | : |
| | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of U.S. Bank National Association to the Confirmation of the Original Plan was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Dawn M. Cutaia, Attorney for Allison Reindollar, 115 East Philadelphia Street, York, PA 17401, dmcutaia@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 29, 2019:

Allison Reindollar, 230 Ivy Drive, Manchester, PA 17345

DATE: July 29, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC

19-027056_JDD1

P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-027056_JDD1