```
                      United States Bankruptcy Court
                     Middle District of Pennsylvania
In re:                                                        Case No. 19-02630-HWV
Allison Reindollar                                            Chapter 13
      Debtor
                         CERTIFICATE OF NOTICE
District/off: 0314-1       User: PRadginsk         Page 1 of 2         Date Rcvd: Jul 29, 2019
                           Form ID: ntcnfhrg       Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db              +Allison Reindollar,    230 Ivy Drive,    Manchester, PA 17345-9512
5212081         +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
5212082         +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
5212079          Department of Revenue,    1 Revenue Place,   Harrisburg, PA 17129-0001
5212086         +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
5221951         +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
5212087         +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
5227284        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 5229,    Cincinnati, Ohio 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:57
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5212080          E-mail/Text: bankruptcy@bbandt.com Jul 29 2019 19:46:21     BB&T,   Attn: Bankruptcy,
                  Po Box 1847,   Wilson, NC 27894
5212083         +E-mail/PDF: creditonebknotifications@resurgent.com Jul 29 2019 19:57:57     Credit One Bank,
                  Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
5212084          E-mail/Text: mrdiscen@discover.com Jul 29 2019 19:45:32     Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
5214218          E-mail/Text: mrdiscen@discover.com Jul 29 2019 19:45:32     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5212085         +E-mail/Text: bankruptcy.bnc@ditech.com Jul 29 2019 19:46:23     Ditech,   Attn: Bankruptcy,
                  Po Box 6172,   Rapid City, SD 57709-6172
5212077          E-mail/Text: cio.bncmail@irs.gov Jul 29 2019 19:46:14     Internal Revenue Service,
                  Centralized Insolvency Operation,    Post Office Box 7346,   Philadelphia, PA 19101-7346
5212088         +E-mail/Text: bk@lendingclub.com Jul 29 2019 19:47:02     LendingClub,   Attn: Bankruptcy,
                  71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
5214485          E-mail/Text: bankruptcy@bbandt.com Jul 29 2019 19:46:35     Sheffield Financial,   PO Box 1847,
                  Wilson, NC 27894-1847
5212778         +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:28     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5212089         +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:10     Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
5212090         +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:28
                  Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965064,
                  Orlando, FL 32896-5064
5212078         +E-mail/Text: kcm@yatb.com Jul 29 2019 19:45:33     York Adams Tax Bureau,   PO BOX 15627,
                  York, PA 17405-0156
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5212091*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court:  US Bank,    PO Box 790408,   Saint Louis, MO 63179-0408)
5212092*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court:  Us Bank,    Attn: Bankruptcy,    Po Box 5229,   cincinnati, OH 45201)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                           Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Allison  Reindollar dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                   TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| :--- | :--- |
| Allison Reindollar, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−02630−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 11, 2019 <br><br> Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 29, 2019 |

ntcnfhrg (03/18)