```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02630-HWV
Allison Reindollar                                                  Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: AutoDocke          Page 1 of 1             Date Rcvd: Jan 17, 2020
                               Form ID: ntcltrdb        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5212077         E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 19:15:54      Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,   Philadelphia, PA 19101-7346
                                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Allison  Reindollar dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                          TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
| --- | --- |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Allison Reindollar, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 1:19–bk–02630–HWV |
| **Notice** | |
| NOTICE is hereby given that: <br><br> Pursuant to F.R.B.P. 3004, a proof of claim (#14) has been filed by the Debtor on behalf of Internal Revenue Service in the amount of $2000.00. | |
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 17, 2020 |

ntcltrdb 05/18