IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Allison Reindollar** | : | |
| | : | CASE NO. **19-2630** |
| Debtor | : | |

## NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION

The Debtor filed a Motion to Modify Plan with a proposed Second Amended Plan attached as an Exhibit on January 27, 2021. The Proposed Second Amended Plan proposes surrender of Debtor's 2015 Jeep Grand Cherokee. No creditor other than US Bank is affected. If you object to the relief requested, you must file your objection/response on or before **FEBRUARY 19, 2021**, with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtor, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

Date of Notice: 01/29/2021

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtors
Supreme Court ID: 77965
115 E. Philadelphia Street
York, PA 17401
717.718.5199
cutaialaw@gmail.com