UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             CASE NO. 19-2630

Allison Reindollar

    Debtor (s)                                Chapter 13

## CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 2/2/2021, a true and correct copy of the foregoing **NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION, MOTION TO MODIFY PLAN POST CONFIRMATION, CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN AND 3RD AMENDED PLAN,** was served by electronic filing and/or first-class mail, postage prepaid on the following parties:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

US Bank served via ECF

Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401