IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALLISON REINDOLLAR | ) | BK. NO. 1:19-bk-02630-HWV |
| DEBTOR | ) | |
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVICING | ) | CHAPTER 13 |
| MOVANT | ) | |
|     vs. | ) | |
| | ) | 11 U.S.C. Section 362 |
| ALLISON REINDOLLAR | ) | |
| DEBTOR | ) | |
| | ) | |
| CHARLES J DEHART, III TRUSTEE | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 8th Day of February 2021

                                       Respectfully submitted,

                                         /s/ Joshua I. Goldman

                                         Joshua I. Goldman, Esq.
                                         Pennsylvania Bar #205047
                                         PADGETT LAW GROUP

6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 8th Day of February 2021

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 5:18-bk-05144-RNO)

DEBTOR
ALLISON REINDOLLAR
230 IVY DRIVE
MANCHESTER, PA 17345

ATTORNEY FOR DEBTOR
DAWN MARIE CUTAIA
PUGH AND CUTAIA, PLLC
115 E. PHILADELPHIA STREET
YORK, PA 17401

TRUSTEE
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101