# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Allison Reindollar

Case No.: 1-19-02630 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Shellpoint |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 3652 |
| Property Address if applicable: | 230 Ivy Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,676.12 |
| b. | Prepetition arrearages paid by the trustee: | $2,676.12 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $9,066.74 |
| f. | Postpetition arrearage paid by the trustee: | $9,066.74 |
| g. | Total b, d, and f: | $11,742.86 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 24, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Allison Reindollar

                                                Case No.: 1-19-02630 HWV

                                                Chapter 13

      **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404


**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Allison Reindollar
230 Ivy Dr
Manchester PA 17345


I certify under penalty of perjury that the foregoing is true and correct.


Date:  September 24, 2024      /s/  Liz Joyce
                                                          Office of the Standing Chapter 13 Trustee
                                                          Jack N. Zaharopoulos
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA  17036
                                                          Phone:  (717) 566-6097
                                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-02630  **ALLISON REINDOLLAR**

**SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 230 Ivy Dr - POST-ARREARS -

ARREARS - 230 IVY DRIVE  3RD AP      03/21 AMENDED

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $9,066.74 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $9,066.74 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/19/2023 | 2031977 | $357.01 | $0.00 | $357.01 | 12/28/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/18/2023 | 2030073 | $281.21 | $0.00 | $281.21 | 10/25/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 09/19/2023 | 2029094 | $281.21 | $0.00 | $281.21 | 09/26/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/09/2023 | 2028076 | $281.21 | $0.00 | $281.21 | 08/16/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 05/16/2023 | 9016424 | $270.17 | $0.00 | $270.17 | 05/16/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 04/18/2023 | 9016236 | $270.16 | $0.00 | $270.16 | 04/19/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 03/15/2023 | 9016032 | $540.34 | $0.00 | $540.34 | 03/15/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 01/18/2023 | 9015625 | $270.17 | $0.00 | $270.17 | 01/18/2023 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/13/2022 | 9015422 | $270.17 | $0.00 | $270.17 | 12/13/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 11/16/2022 | 9015213 | $270.17 | $0.00 | $270.17 | 11/16/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/18/2022 | 9014999 | $284.98 | $0.00 | $284.98 | 10/18/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 09/13/2022 | 9014781 | $284.99 | $0.00 | $284.99 | 09/13/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/17/2022 | 9014579 | $284.98 | $0.00 | $284.98 | 08/18/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 07/13/2022 | 9014360 | $265.23 | $0.00 | $265.23 | 07/13/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 06/14/2022 | 9014152 | $265.24 | $0.00 | $265.24 | 06/14/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 05/17/2022 | 9013941 | $265.23 | $0.00 | $265.23 | 05/17/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 04/12/2022 | 9013727 | $265.24 | $0.00 | $265.24 | 04/12/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 03/16/2022 | 9013507 | $265.23 | $0.00 | $265.23 | 03/16/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 02/16/2022 | 9013290 | $265.23 | $0.00 | $265.23 | 02/16/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2022 | 9013065 | $265.24 | $0.00 | $265.24 | 01/19/2022 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/15/2021 | 9012829 | $265.23 | $0.00 | $265.23 | 12/15/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 11/16/2021 | 9012580 | $265.24 | $0.00 | $265.24 | 11/16/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/14/2021 | 9012328 | $265.23 | $0.00 | $265.23 | 10/14/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 09/14/2021 | 9012080 | $273.08 | $0.00 | $273.08 | 09/14/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/18/2021 | 9011830 | $273.08 | $0.00 | $273.08 | 08/18/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 07/14/2021 | 9011559 | $273.08 | $0.00 | $273.08 | 07/14/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 06/16/2021 | 9011298 | $288.93 | $0.00 | $288.93 | 06/16/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 05/18/2021 | 9011024 | $696.07 | $0.00 | $696.07 | 05/19/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 03/17/2021 | 9010459 | $342.39 | $0.00 | $342.39 | 03/17/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 02/17/2021 | 9010164 | $163.39 | $0.00 | $163.39 | 02/17/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2021 | 9009864 | $21.33 | $0.00 | $21.33 | 01/20/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/10/2020 | 9009334 | $21.32 | $0.00 | $21.32 | 12/10/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 11/03/2020 | 9009035 | $21.33 | $0.00 | $21.33 | 11/03/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/15/2020 | 9008779 | $21.09 | $0.00 | $21.09 | 10/15/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/12/2020 | 9008143 | $72.54 | $0.00 | $72.54 | 08/12/2020 |
| | | | | Sub-totals: | $9,066.74 | $0.00 | $9,066.74 | |
| | | | | Grand Total: | $9,066.74 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-02630    **ALLISON REINDOLLAR**

**SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

**Acct No:** 230 Ivy Dr - PRE-ARREARS - 3

ARREARS - 230 IVY DRIVE

Sequence: 24
Modify:
Filed Date:
Hold Code:

Amt Sched: $188,045.00
Amt Due: $0.00
Debt: $2,676.12
Paid: $2,676.12
Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/19/2023 | 2031977 | $105.38 | $0.00 | $105.38 | 12/28/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/18/2023 | 2030073 | $83.00 | $0.00 | $83.00 | 10/25/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/19/2023 | 2029094 | $83.00 | $0.00 | $83.00 | 09/26/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/09/2023 | 2028076 | $83.00 | $0.00 | $83.00 | 08/16/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 05/16/2023 | 9016424 | $79.74 | $0.00 | $79.74 | 05/16/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/18/2023 | 9016236 | $79.75 | $0.00 | $79.75 | 04/19/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 03/15/2023 | 9016032 | $159.48 | $0.00 | $159.48 | 03/15/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/18/2023 | 9015625 | $79.74 | $0.00 | $79.74 | 01/18/2023 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/13/2022 | 9015422 | $79.74 | $0.00 | $79.74 | 12/13/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 11/16/2022 | 9015213 | $79.74 | $0.00 | $79.74 | 11/16/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/18/2022 | 9014999 | $84.12 | $0.00 | $84.12 | 10/18/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/13/2022 | 9014781 | $84.11 | $0.00 | $84.11 | 09/13/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/17/2022 | 9014579 | $84.12 | $0.00 | $84.12 | 08/18/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/13/2022 | 9014360 | $78.29 | $0.00 | $78.29 | 07/13/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 06/14/2022 | 9014152 | $78.28 | $0.00 | $78.28 | 06/14/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 05/17/2022 | 9013941 | $78.29 | $0.00 | $78.29 | 05/17/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/12/2022 | 9013727 | $78.28 | $0.00 | $78.28 | 04/12/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 03/16/2022 | 9013507 | $78.29 | $0.00 | $78.29 | 03/16/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 02/16/2022 | 9013290 | $78.29 | $0.00 | $78.29 | 02/16/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2022 | 9013065 | $78.28 | $0.00 | $78.28 | 01/19/2022 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/15/2021 | 9012829 | $78.29 | $0.00 | $78.29 | 12/15/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 11/16/2021 | 9012580 | $78.28 | $0.00 | $78.28 | 11/16/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/14/2021 | 9012328 | $78.29 | $0.00 | $78.29 | 10/14/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/14/2021 | 9012080 | $80.60 | $0.00 | $80.60 | 09/14/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/18/2021 | 9011830 | $80.60 | $0.00 | $80.60 | 08/18/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/14/2021 | 9011559 | $80.60 | $0.00 | $80.60 | 07/14/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 06/16/2021 | 9011298 | $64.75 | $0.00 | $64.75 | 06/16/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2021 | 9009864 | $57.07 | $0.00 | $57.07 | 01/20/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/10/2020 | 9009334 | $57.08 | $0.00 | $57.08 | 12/10/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 11/03/2020 | 9009035 | $57.07 | $0.00 | $57.07 | 11/03/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/15/2020 | 9008779 | $56.44 | $0.00 | $56.44 | 10/15/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/12/2020 | 9008143 | $194.13 | $0.00 | $194.13 | 08/12/2020 |

Sub-totals: $2,676.12 $0.00 $2,676.12

Grand Total: $2,676.12 $0.00