B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT District Of PENNSYLVANIA

In re Allison Reindollar          Case No. 1:19-bk-02630-HWV
    Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]     I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]     I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]     I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]     I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\*   Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 09/24/24  
    Date

Allison Reindollar (Sep 24, 2024 17:54 EDT)  
    Debtor

# Reindollar discharge cert

Final Audit Report        2024-09-24

| | |
|---|---|
| Created: | 2024-09-24 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAO7JPz-2vCWlGm4Ec05N0ssc-rSsPlfpg |

## "Reindollar discharge cert" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2024-09-24 - 2:48:19 PM GMT

- Document emailed to Allison Reindollar (areindollar12@gmail.com) for signature
  2024-09-24 - 2:48:23 PM GMT

- Email viewed by Allison Reindollar (areindollar12@gmail.com)
  2024-09-24 - 9:53:27 PM GMT

- Document e-signed by Allison Reindollar (areindollar12@gmail.com)
  Signature Date: 2024-09-24 - 9:54:02 PM GMT - Time Source: server

- Agreement completed.
  2024-09-24 - 9:54:02 PM GMT

**Adobe Acrobat Sign**