In re:  Case No. 19-02630-HWV

Allison Reindollar  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Sep 25, 2024  Form ID: 3180W  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allison Reindollar, 230 Ivy Drive, Manchester, PA 17345-9512 |
| 5212085 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 5237352 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 5212086 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5242682 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2024 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | EDI: PRA.COM | Sep 25 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212080 | | Email/Text: bankruptcy@bbandt.com | Sep 25 2024 18:43:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 5237870 | + | EDI: CITICORP | Sep 25 2024 22:39:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5212082 | + | EDI: CITICORP | Sep 25 2024 22:39:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5212083 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 18:52:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5212084 | | EDI: DISCOVER | Sep 25 2024 22:39:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5212079 | | EDI: PENNDEPTREV | Sep 25 2024 22:39:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5212079 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 25 2024 18:43:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5214218 | | EDI: DISCOVER | Sep 25 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5212077 | | EDI: IRS.COM | Sep 25 2024 22:39:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5212081 | | EDI: JPMORGANCHASE | Sep 25 2024 22:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5221951 | + | Email/Text: RASEBN@raslg.com | Sep 25 2024 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, |

| Recipient ID | | Notice Method | Date/Time | Recipient / Address |
|---|---|---|---|---|
| | | | | P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5212087 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 25 2024 18:43:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5229313 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 18:53:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5212088 | + | EDI: LENDNGCLUB | Sep 25 2024 22:39:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 5237410 | + | EDI: LENDNGCLUB | Sep 25 2024 22:39:00 | LendingClub Corporation, 595 Market St, Suite 200, Attn: Bankruptcy, San Francisco, CA 94105-2802 |
| 5311152 | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2024 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5311153 | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2024 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5238541 | | EDI: PRA.COM | Sep 25 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5516555 | + | Email/Text: RASEBN@raslg.com | Sep 25 2024 18:43:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5214485 | | Email/Text: bankruptcy@bbandt.com | Sep 25 2024 18:43:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5212778 | ^ | MEBN | Sep 25 2024 18:38:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212089 | + | EDI: SYNC | Sep 25 2024 22:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5212090 | + | EDI: SYNC | Sep 25 2024 22:39:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5242682 | ^ | MEBN | Sep 25 2024 18:38:10 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5227284 | | EDI: USBANKARS.COM | Sep 25 2024 22:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 5212091 | | EDI: USBANKARS.COM | Sep 25 2024 22:39:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5212092 | | EDI: USBANKARS.COM | Sep 25 2024 22:39:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, cincinnati, OH 45201 |
| 5520982 | + | Email/Text: EBN@edfinancial.com | Sep 25 2024 18:43:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5235919 | | EDI: AIS.COM | Sep 25 2024 22:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5212078 | + | Email/Text: kcm@yatb.com | Sep 25 2024 18:43:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5291844 | * | Internal Revenue Services, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Allison Reindollar dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Allison Reindollar<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8453<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02630–HWV | |

# Order of Discharge                                                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Allison Reindollar

9/25/24

**By the court:**   *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**